**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2235**

ALLAUDIN AHMAD RANA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 19, 2021                          Decided: October 21, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and SHEDD, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Marc Seguinót, SEGUINÓT & ASSOCIATES, PC, Fairfax, Virginia, for Petitioner. Brian Boynton, Acting Assistant Attorney General, John S. Hogan, Assistant Director, Todd J. Cochran, Trial Attorney, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allaudin Ahmad Rana, a native and citizen of Pakistan, petitions for review of an order of the Board of Immigration Appeals denying Rana's motion for sua sponte reopening or reconsideration. Upon review of the parties' briefs, considered in conjunction with the administrative record and the relevant authorities, we agree with the Attorney General that we lack jurisdiction to review the subject order. *See Lawrence v. Lynch*, 826 F.3d 198, 206-07 (4th Cir. 2016) (affirming that this court "lack[s] jurisdiction to review how the Board exercises its sua sponte discretion"); *Mosere v. Mukasey*, 552 F.3d 397, 400-01 (4th Cir. 2009). Accordingly, we dismiss this petition for review for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*